# UNITED STATES DISTRICT COURT
for
Southern District of Texas

## Report on Offender Under Supervision

Name of Offender: Francisco Segura                  Case Number: 1:20-CR-00134-LY

Name of Sentencing Judicial Officer: Honorable Diana Saldana, United States District Judge, Southern District of Texas, Laredo Division

Date of Original Sentence: May 18, 2018

Original Offense: Conspiracy to transport and move and attempt to transport and move an undocumented alien by means of transportation and otherwise, in violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), & 1324(a)(1)(B)(i)

Original Sentence: 6 months imprisonment followed by 3 years supervised release with special conditions to include location monitoring for 6 months, no possession of any controlled substance without prescription, substance abuse testing, and no use or possession of alcohol

Type of Supervision: Supervised Release        Date Supervision Commenced: February 1, 2019

Assistant U.S. Attorney: Alfredo Perez de la Rosa, Jr.     Defense Attorney: John Stephen Toland

## PREVIOUS COURT ACTION

In June 2020, jurisdiction was transferred from the Southern District of Texas, Laredo Division, to the Western District of Texas, Austin Division, to the Honorable Lee Yeakel.

## NONCOMPLIANCE SUMMARY

**Violation of Mandatory Condition No. 1:** "You must not commit another federal, state, or local crime."

**Nature of Non-compliance:**   On June 13, 2021, officers with the Giddings, Texas, Police Department, were dispatched in reference to a disturbance.  Upon arrival, officers observed several subjects arguing outside a residence.  Officers made contact with the defendant who reported he and Amanda Christianson, who is the mother of his child, had an argument and she struck him several times and sprayed him with pepper spray.  Officers observed several scratches on the defendant's face.

Officers made contact with Christianson who stated she and the defendant had an argument inside his vehicle and when she grabbed her pepper spray, he grabbed her hair and threw her out of the vehicle where she landed on her face.  She stated the defendant then struck her in the face with a closed fist and continued to strike her several times.  Officers observed several scratches on Christianson and she reported pain in her cheek.  Christianson advised officers she wanted to press charges.  The defendant was arrested and charged with Assault with Injury – Family Violence, a Class A Misdemeanor.  The case remains pending in Lee County Court, in Giddings, Texas.

**U.S. Probation Officer Action:** It is respectfully recommended no action be taken at this time pending adjudication of the State case. The defendant reported the arrest to the U.S. Probation Officer and is aware that a protective order is in place. The defendant has been instructed not to have any contact with Ms. Christianson. The defendant will be placed on a more intensive supervision caseload. The Court will be advised of the disposition of the State case and any further violations.

Approved:                                        Respectfully submitted,

_____                          _____
Craig A. Handy                                    Shelly Weirich
Supervising U.S. Probation Officer                U.S. Probation Officer
Date: June 30, 2021                               Date: June 30, 2021

═══════════════════════════════════════════════════════════════════════

**THE COURT ORDERS:**

[X] No Action

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Honorable Susan Hightower
United States Magistrate Judge

Date: ___July 1, 2021___